IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY

    Plaintiff,

v.

JENNIFER IZUMI, et al.,

    Defendants.

Civil Action No. 8:22-cv-00812-PX

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 26th day of August, 2022, by the United States District Court for the District of Maryland, ORDERED that:

1. The Motion for Attorneys' Fees and Costs filed by Plaintiff Northwestern Mutual Life Insurance Company (ECF No. 20) is GRANTED;

2. The Clerk is DIRECTED to disburse $11,357.01 to Plaintiff Northwestern Mutual Life Insurance Company from the interpleaded funds;

3. The Clerk is DIRECTED to DISMISS Plaintiff Northwestern Mutual Life Insurance Company from this action;

4. The Motion to Transfer filed by Defendant Jennifer Izumi (ECF No. 9) is GRANTED;

5. The Clerk is DIRECTED to transfer this case to the United States District Court for the District of Columbia,

6. The Court's Registry is DIRECTED to transfer the remaining balance from the interpleaded funds—principal and interest—to the United States District Court for the District of Columbia (Case No. 1:22-cv-00806) at the following address:

    Clerk, U.S. District Court
    ATTN: Finance
    333 Constitution Ave. NW
    Washington, DC 20001

7. The Clerk is DIRECTED to TRANSMIT this Order to the parties and CLOSE this case.

August 26, 2022
Date

/s/
Paula Xinis
United States District Judge